| | | | |
|---|---|---|---|
| | AUSA: | Micah Wallace | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Inspector: | Kelsey O' Donnell | Telephone: (484) 501-1923 |

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Shawn Smith | Case No. | Case: 2:26−mj−30229<br>Assigned To : Unassigned<br>Assign. Date : 4/23/2026<br>Description: RE: SHAWN SMITH<br>(EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 26, 2026 - March 3, 2026____ in the county of ____Macomb____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422 | Attempted coercion and enticement. |
| 18 U.S.C. § 1470 | Attempted Transfer of obscene material to a minor. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kelsey O' Donnell, Postal Inspector-USPIS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____April 23, 2026____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
A CRIMINAL COMPLAINT AND AN ARREST WARRANT**

I, Kelsey O'Donnell, being first duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a United States Postal Inspector. I am currently assigned to the United States Postal Inspection Service (USPIS), Philadelphia Division. I have been employed as a Postal Inspector since August 2023. Prior to becoming a Postal Inspector, I was a Special Agent for 3 years with Homeland Security Investigations in San Juan, Puerto Rico and Jamaica, New York. During that time, I was assigned to the Airport and Tactical Team and New York Contraband and Border Enforcement Task Force. I have received training in the areas of child pornography and child exploitation and, as part of my duties, have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2.      This affidavit is made in support of a criminal complaint and arrest warrant for Shawn Michael SMITH for violations of 18 U.S.C. §§ 2422(b), attempted coercion and enticement of a minor to engage in sexual activity and 1470, attempted transfer of obscene material to a minor.

3.      This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other federal agents and agents from other law

1

enforcement agencies.  This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for Shawn SMITH.

## PROBABLE CAUSE

4.      On February 26, 2026, a user a social media application with the username "pink_cupola" engaged in a conversation with an USPIS Boston Undercover Agent (UCA-1) that presented themselves as a juvenile male. The user told UCA-1 that he was an adult male searching for a female to talk to online and asked if UCA-1 knew of any females. I was also acting as an undercover agent, presenting myself as a 13-year-old female in Delaware. UCA-1 gave the user my Kik username and cell phone number ("UCA-2"). UCA-1 told the user that the cell phone number was for a 13-year-old female in Delaware.

5.      Below are excerpts from the conversation between "pink_cupola" and UCA-1 focused on obtaining UCA-2's contact information:

pink_cupola: How do I contact her though?

UCA-1: I'll give you her user name

UCA-1: [UCA-2's username]

[…]

pink_cupola: Ok idk ho I will find it though

2

UCA-1: She's cool

pink_cupola: Could you help me find her

UCA-1: Trying

UCA-1: You got Kick

pink_cupola: Ok it's hard to find people on here lol or if she has sno I can message her

UCA-1: Grandma won't let her on snap

UCA-1: Bit kik

UCA-1: Ya

pink_cupola: I'm downloading it rn what's her kik?

UCA-1: I can get you her number to text

pink_cupola: I can't get her kik?

pink_cupola: I already have kik

UCA-1: OK I can get that

pink_cupola: You can get either kik or her number is fine

UCA-1: [UCA-2's phone number]

pink_cupola: How do I say I got her number?

UCA-1: She knows I gave it

UCA-1: We are chatting now

pink_cupola: Does she know I'm a grown man?

3

UCA-1: Yes

6.      On February 26, 2026, UCA-2 received a text message from a phone number ending 7209. The individual identified himself as "Shawn" and confirmed he received the phone number from UCA-1. During the initial chat, UCA-2 identified herself as a 13-year-old female. The following conversation occurred on February 26, 2026:

Shawn: Hey there 😳

UCA-2: hey who is this

Shawn: It's Shawn I was told you know I'm going to txt

UCA-2: ur 360 spin friend?

Shawn: Yes

UCA-2: cool im erinn

Shawn: That's a cute name I'm Shawn it's nice to meet you 😳

[...]

UCA-2: 🖤 would you be mad if im kinda young

Shawn: Not at all as long as you don't tell on me and I don't get in trouble 😳

UCA-2: okay bc my grandma would kill me if she found out

UCA-2: im almost 14 how old are you

Shawn: So we should probably keep our talks and messages a secret then ok?

4

Shawn: And I'm 32 in march is that too old?

UCA-2: yeah i def cant have anyone find out

UCA-2: im on the basketball team and if i get in any trouble i cant play

Shawn: I won't tell anyone if you won't 😊

UCA-2: i promise

7.      Later that day, Shawn requested a photo of UCA-2. I provided an age-regressed photo of myself. After I provided the age regressed photo the following conversation occurred:

Shawn: Oh you don't have to send a pic of your body but what's your body type? I think I have a dad bod

UCA-2: idk im kinda skinny

Shawn: That's pretty hot lol

UCA-2: i feel like im smaller thn my friends

Shawn: That's fine lol skinny girls are hot and you have a beautiful face so if your skinny I'm double times attracted to you 🖤

UCA-2: reallyyy??

Shawn: Yeah why?

UCA-2: the boys at my school dont like me

Shawn: The boys at your school are just probably jealous they don't have a chance with you 🖤

5

UCA-2: i really like you are you close to delaware

Shawn: Idk how close I am but I'm in Michigan if you want maybe one day I could visit?

UCA-2: is that far

UCA-2: if you wanted to meet me id like that

Shawn: I'll look it up later In the next 5 minutes I have therapy for 2 hours I can message as soon as I get out of you want me too?

8.      A few hours later, Shawn began asking UCA-2 about her sexual history and the following conversation occurred:

Shawn: It's ok don't be embarrassed I'd love to teach you so are you a virgin then?

UCA-2: Yeah

Shawn:  "That's so hot I'd love to be your first if you would have me 😛 ".

[…]

Shawn: You are special to me and I know baby just give me a while to get my feet on the ground and I'll make plans to see you oh! Btw what size bra do you wear if you don't mind me asking?

UCA-2: I get it n ill wait

Shawn: Just wondering lol

UCA-2 Idk ill look

Shawn: Ok I'll wait 🖤

UCA-2: I wear a lot of nike bras they just say M

Shawn: Oh lol that's fine it really doesn't matter what size they are I just like boobs do you ever wear adult underwear like thongs?

UCA-2: Lol my grandma would never by methat!

Shawn: If u liked it i would for u but i dont have money

Shawn: lol yeah I figured as much it's fine though yeah when I can I'll buy you some but I'd still bend you over and slip it inside no matter what lol

UCA-2: What do you mean slip it?

UCA-2: Id like for u to get me what u like buti dont know how u would get them to me

Shawn: Order it I'll slide it inside you lol I'll slip it inside you balls deep

UCA-2: Like online?

UCA-2: im on the basketball team and if i get in any trouble i cant play

Shawn: When I see you lol I wish I could feel that online

UCA-2: Iv never done that i trust u but i dont want it to hurt

Shawn: I'll be gentle baby slowly

UCA-2: Ohh okay

UCA-2: I thoughr u were sayinfu wanted to see me in it before

Shawn: lol see you in what?

7

UCA-2: The underware

Shawn: I will order it one day and I'll let you surprise me with them when I see you in person is that ok?

UCA-2: Okkk

Shawn: Can I ask something just because I'm curious do you ever masturbate? lol I hope this doesn't offend you I'm just a sexual person I guess

Shawn: Just wondering 😳

[…]

Shawn: It's fine uh just wondering do I have to wear a condom the first time I make love to you?

UCA-2: What do u want? I dont want ro get pregnant

Shawn: I can pull out when I'm about to finish instead I've done it before

Shawn: If you want anyways

9.      On February 28, 2026, Shawn asked UCA-2 if he could send a photo of his genitalia. The conversation is detailed below:

Shawn: I noticed lol I'm a city boy would you be offended if I sent a dick pic ? Just wondering lol

UCA-2: What do u mean??? I txt u a lot

UCA-2: I told u i like to talk when im at school i dont do it a lot at home bc i am DEAD if anyone finds out

8

UCA-2: If u want to… iv never seen 1

Shawn: Do you want to? 😳

UCA-2: To see it????

Shawn: Yes

UCA-2: Hahaha i dont know what to say

UCA-2: Im so embarrassed talking about this

10.     Shawn then sent a photo of a penis. The photo is close angle pointing downward of a Caucasian male's penis. The conversation continued:

Shawn: What do you think? Just be honest

UCA-2: Its not what i thot it would look like

Shawn: What do you think?

Shawn: Do you like it?

Shawn: Jw...

UCA-2: Idk i guess im nervous bc i dont know what to say

Shawn: Make sure to delete this text thread immediately

UCA-2: What should i say bci dontknow

Shawn: Would you suck it for me? 😛

UCA-2: If u wanted that but idk how

Shawn: You put it in your mouth and suck hard while moving it in and out of your mouth would you be comfortable at all showing me some naked skin? Like your boobs or something minor?

UCA-2: Like in person

UCA-2: Or a naked photo

Shawn: A naked photo? 😜

UCA-2: No i tols u i did that and he wanted more or he would tell on me thats why i wont send u more ohotos

Shawn: I would never do that to you though baby how do I prove that you can trust me? Please take a leap of faith? You mean everything to me

UCA-2: Im not doing that

11.     Throughout the chats with Shawn, Shawn acknowledges that UCA-2 is a juvenile and continues to express interest in meeting her in person and having a sexual relationship with UCA-2. Shawn also asks UCA-2 to be his girlfriend.

12.     During the chat, on February 26, 2026, Shawn offered to send a "selfie." Shawn then sent a photo of his face, which shows him wearing a neon yellow t-shirt with a gray hooded jacket and a yellow hat. Later in the chats, Shawn provided a second photo of himself, and he is wearing a neon yellow t-shirt, a gray hooded jacket, and with a blue shirt over his jacket. The photos Shawn provided are below:





13.     Investigators conducted a search in Law Enforcement databases for the phone number ending 7209 and discovered that the phone number is utilized by Shawn SMITH. Investigators conducted an open-source search of Shawn SMITH and discovered that SMITH is a registered Sex Offender in Michigan currently on parole. I contacted MDOC Parole, and the Officer assigned to Shawn SMITH confirmed that the phone number ending in 7209 belongs to SMITH and SMITH actively contacts Parole with that number. MDOC Parole also told me that SMITH's provided address is 2XX1 Los Angeles Avenue Warren, Michigan.

14.     Investigators used Shawn SMITH's sex offender registry photo to confirm the photo provided to UCA-2 is a photo of Shawn SMITH. Below is a photo of SMITH from the website version of Michigan's Sex Offender Registry:



15.     I have reviewed the image of SMITH on the State of Michigan Sex Offender registry website, and it appears similar to the two images of an adult male sent to UCA-2 by Shawn. The Sex Offender registry also lists SMITH's registered address as 2XX1 Los Angeles Avenue Warren, Michigan.

16.     I have reviewed police reports and court documents related to SMITH's conviction that led to his placement on the sex offender registry. SMITH pled guilty in Michigan to two counts of Criminal Sexual Conduct-Third degree. A review of the police reports reveal that SMITH sexually assaulted a 14-year-old child when he was 24 years old. SMITH initiated contact with the juvenile female on social media. After meeting the victim online SMITH sent her a photo of his genitalia. Shortly after providing the photo of his penis, SMITH went to her residence to meet her in person.

17.     Based on all the information so far, investigators determined that the individual sending messages from the phone number ending 7209 and the "pink_cupola" account is Shawn SMITH.

18.     Using this and other information gathered during the course of this investigation, I applied for and obtained search warrants for SMITH's residence, located at 2XX1 Los Angelos Avenue, Warren, Michigan, as well as his person.

19. On April 23, 2026, I, along with other investigators, executed the search warrant at SMITH's residence. During the execution of the search warrant, investigators located an iPad and an iPhone in SMITH's bedroom. During a preliminary search of the iPhone, investigators found a sexual anime photo saved on the phone. SMITH had sent the same image to UCA-2 via text message. Investigators are currently reviewing the electronic devices.

20. On April 23, 2026, investigators conducted a post-*Miranda* interview of SMITH at the Warren Police Department. SMITH told investigators that he frequently uses social media applications to meet people online. SMITH admitted that he is not allowed to have social media as a part of his parole.

21. SMITH told investigators that he was texting with a 13-year-old female from Delaware using the iPhone investigators located in his residence. SMITH was unable to remember how he met the female; however, he stated he knew it was an online social media application. SMITH stated that the conversations with the juvenile were typically about how their days and they were sometimes sexual. SMITH advised investigators that he asked the juvenile for photos of herself. When investigators asked SMITH if he ever sent any photos of himself, SMITH initially stated he does not remember. SMITH later admitted that he sent the juvenile a photo of his penis. SMITH stated he stopped speaking to the juvenile because he thought she was "fake" or catfishing him. SMITH later stated

14

that he stopped texting the juvenile because he realized talking to someone underage is wrong.

22.    Investigators then told SMITH that they had the chats between him and the juvenile. In response, SMITH admitted that he asked the juvenile to text him at a different phone number he obtained through the application "text now" and the juvenile did not text him at the new phone number, so he stopped texting her.  When asked if he has talked to any other juveniles, SMITH stated "I don't really know." SMITH stated he is currently chatting with people on social media applications, however he does not remember their ages. SMITH claims he deleted the phone number and all of the text messages with the juvenile from Delaware.

## CONCLUSION

23.     I respectfully submit that there is probable cause to believe that Shawn SMITH has committed violations of 18 U.S.C. §§ 2422(b), attempted coercion and enticement of a minor to engage in sexual activity, and 1470, attempted transfer of obscene material to a minor.

24.     I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Shawn SMITH.

Respectfully submitted,

_____
Kelsey O'Donnell, Postal Inspector
US Postal Inspection Service

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Date:  April 23, 2026

16